# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARILYN W DODD | § § | |
| vs. | § § | No.: SA:22-CV-00686-OLG |
| TRANSUNION, LLC, ET.AL. | § § | |

## ORDER FOR DISMISSAL PAPERS

On Monday, July 25, 2022 counsel for plaintiff advised the Court that this case settled against Defendant TRANSUNION, LLC. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Monday, October 24, 2022**. If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The Plaintiff shall serve a copy of this order on the attorney for the defendant.

5) The Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 29th day of September, 2022.**

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE